ALLISON MOORE, Respondent, v. LOUISE A. LYON, Appellant.— Judgment affirmed, with costs. All concur, except Harris, J., who dissents and votes for modification to the effect that the building should be permitted to remain within the area provided for by the referee and be used only for garage purposes. (The judgment is for plaintiff in an injunction action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ELEANOR CHMURA, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment of Special Term and judgment of Buffalo City Court reversed on the facts and a new trial granted in the City Court, with costs to appellant to abide the event, on the ground that the finding that the insured was not treated for a serious disease within two years is against the weight of the evidence. All concur. (The judgment of Supreme Court, Erie Special Term, affirms a judgment of the Buffalo City Court in favor of plaintiff in an action under a life insurance policy.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN BAI, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs of this appeal to either party. Memorandum: The case of People ex rel. Romano v. Brophy (280 N. Y. 181) is distinguishable on the facts in that judgment of conviction recites that defendant pleaded guilty to attempted robbery, first degree, while armed. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

WATSON E. PELTON, Appellant, v. CITY OF GENEVA, NEW YORK, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment is for defendant in an injunction action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOSEPH NICOLIA, Respondent, v. WICKWIRE SPENCER STEEL COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The finding of the jury that the disability of the plaintiff came solely from work about the bagging department and in the silo and not from his other work in the employ of the defendant is against the weight of credible evidence. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by reason of contracting silicosis. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALICE PERSKI, an Infant, by WALTER THOMAS PERSKI, Her Guardian ad Litem, and Others, Respondents, v. MAURICE O'CONNOR, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an automobile negligence action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

VICTOR RUSCITTI, Respondent, v. HAROLD W. BAKER, as City Manager, and WILLIAM H. ROBERTS, as Commissioner of Public Works of the City of Rochester, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs defendants to restore petitioner to the position of truck driver in the department of public works.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.